COMMISSIONER OF INTERNAL REVE-
NUE v. Robert W. STEWART.
No. 5424.

Circuit Court of Appeals, Seventh Circuit.
Jan. 10, 1935.

Frank J. Wideman, of Washington, D. C., for petitioner.

J. C. Halls, of Chicago, Ill., for respondent.

PER CURIAM.

On motion of counsel for petitioner, counsel for respondent consenting thereto, it is now here ordered and adjudged that this cause be docketed in this court and that the petition for a review of the decision of the United States Board of Tax Appeals entered on March 26, 1934, be, and the same is hereby, dismissed.

COMMISSIONER OF INTERNAL REVE-
NUE v. VONNEGUT HARDWARE
COMPANY.
No. 5423.

Circuit Court of Appeals, Seventh Circuit.
Jan. 10, 1935.

Frank J. Wideman, of Washington, D. C., for petitioner.

H. G. Mihills, of Washington, D. C., for respondent.

PER CURIAM.

On motion of counsel for petitioner, counsel for respondent consenting thereto, it is now here ordered and adjudged that this cause be docketed in this court and that the petition for a review of the decision of the United States Board of Tax Appeals, entered on November 11, 1933, be, and the same is hereby, dismissed.

In the Matter of CROTONA DRESS CO., Inc., Bankrupt. Irving Trust Company, Trustee in Bankruptcy for Crotona Dress Co., Inc., Appellant, Crotona Dress Co., Inc., Bankrupt, and Carl Slochower and Mac Slochower, Appellees.
No. 155.

Circuit Court of Appeals, Second Circuit.
Jan. 7, 1935.

Otterbourg, Steindler & Houston, of New York City (Arnold A. Jaffe, of New York City, of counsel), for appellant.

David Haar, of New York City, for appellees.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Order (6 F. Supp. 642) affirmed.

DRAWOH, Inc., v. COMMISSIONER OF
INTERNAL REVENUE.
No. 5436.

Circuit Court of Appeals, Seventh Circuit.
Jan. 23, 1935.

Ward Loveless, of Washington, D. C., for petitioner.

Robert H. Jackson, of Washington, D. C., for respondent.

Before EVANS and SPARKS, Circuit Judges.

PER CURIAM.

On motion of counsel for petitioner, counsel for respondent consenting thereto, it is now here ordered and adjudged that this cause be docketed in this court, and that the petition for a review of the decision of the United States Board of Tax Appeals, entered on September 14, 1933, be, and the same is hereby, dismissed.